IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY I. ANOLIK,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA HOME LOANS,<br>RECONTRUST COMPANY, N.A., DOES 1<br>through 20, inclusive,<br><br>        Defendants. | 2:11-cv-01086-GEB-CMK<br><br>ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION |

On April 22, 2011, Plaintiff filed an "Ex Parte Application for Issuance of a Temporary Restraining Order and an Order to Show Cause." However, Plaintiff has not filed any pleading showing "the grounds for the court's jurisdiction." Fed. R. Civ. P. 8(a)(1). Since Plaintiff has not shown the existence of jurisdiction, this action is dismissed.

Dated:  April 22, 2011

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge

1